# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2145
_____

MEENU SHARMA,

    Appellant,

    v.

JULIE DUNNS, ROY DUNNS,

    Appellees.

_____

On appeal from the County Court for Leon County.
LaShawn Riggans, Judge.

June 24, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, M.K. THOMAS, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Meenu Sharma, pro se, Appellant.

Jeffrey Wayne Albert, Tallahassee, for Appellees.